1  Anthony J. Fernandez (Bar No. 018342)
2  Rebecca E. Stanton (Bar No. 032291)
   **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
3  2390 E. Camelback Road, Suite 440
   Phoenix, Arizona  85016
4  Telephone:  (602) 954-5605
   Facsimile:  (602) 954-5606
5  afernandez@qpwblaw.com
   rebecca.stanton@qpwblaw.com
6  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ANTHONY HOLLER, a married man,<br><br>Plaintiff,<br><br>v.<br><br>CORIZON HEALTH, INC.; STATE OF ARIZONA, a body politic; JOHN DOES 1-5; JANE DOES 1-5; JANE DOES I-X; ABC CORPORATIONS I-X; and ZYX PARTNERSHIPS 1-5; SOLE PROPRIETORSHIPS 1–5,<br><br>Defendants. | Case No._<br><br>**DEFENDANT CORIZON HEALTH, INC.'S NOTICE OF REMOVAL**<br><br>(Arizona Superior Court, County of Pima, Case No. C20162699) |

**TO:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, TUCSON DIVISION**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§1441 and 1446, Defendants Corizon Health, Inc. and State of Arizona (collectively referred to as "Defendants"), hereby remove the state court civil action originally commenced in the Superior Court of the State of Arizona, County of Pima, entitled <u>Anthony Holler  vs. Corizon Health, Inc., et al.</u> Case No. C20162699 ("State Court Action") to this Court.  In support of such removal, Defendants state as follows:

A. The State Court Action was filed by Plaintiff, Anthony Holler, in the Superior Court of the State of Arizona in and for the County of Pima on June 10, 2016, as Case No. C20162699.  True and correct copies of the process, pleadings, and orders filed in the State Court Action to date are attached hereto as **EXHIBIT A.**

B. On October 7, 2016, Corizon Health Inc. and State of Arizona were served with the Complaint filed in the Superior Court of the State of Arizona, County of Pima on June 10, 2016. Accordingly, this Notice of Removal is filed within the thirty (30) days after receipt by Defendants of the Complaint and it is timely filed under 28 U.S.C. § 1446(b).

C. This Court has federal question jurisdiction because Plaintiff alleges violations of the U.S. Constitution, including inadequacy of healthcare, pursuant to 42 U.S.C. § 1983.

D. Under 28 U.S.C. § 1446(a), venue of this action is proper in this Court as the district and division within which the state court action was brought.

E. Under 28 U.S. § 1446 (2)(a), all Defendants have properly joined/consented to the removal of this action.

F. A notification of the filing of this Notice of Removal to District Court will be promptly filed in the Superior Court of Pima County in the State of Arizona. Written Notice of the filing of this Notice of Removal is being delivered to all parties through counsel of record.

WHEREFORE, Defendants request that the above-referenced action currently pending in the Superior Court of Pima County, State of Arizona, be removed to this Court. As required by 28 U.S.C. § 1446(d), Defendants will promptly give written notice to Plaintiff. Defendants shall also promptly file notice with the Clerk of Superior Court of Pima County.

RESPECTFULLY SUBMITTED this 31st day of October, 2016.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By /s/Rebecca E. Stanton
   Anthony J. Fernandez
   Rebecca E. Stanton
   *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2016, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, and copies were mailed to all counsel of record at the following addresses:

Mike S. Redhair, Esq.
REDHAIR LAW GROUP
7440 N. Oracle Road Casita 3
Tucson, Arizona 85704
*Attorneys for Plaintiff*


By: /s/Barbara McKinley

## VERIFICATION OF REBECCA E. STANTON

I, Rebecca E. Stanton, verify as follows:

1. I am an active member in good standing of the State Bar of Arizona and an associate with the law firm of Quintairos, Prieto, Wood & Boyer, P.A., counsel of record for Defendants. I have firsthand knowledge of the matters set forth herein. I submit this verification pursuant to Local Rule Civ. 3.7 and pursuant to Federal Rule of Civil Procedure 11.

2. Attached as Exhibit A are true and complete copies of all pleadings and other documents filed in the state court civil action originally commenced in the Superior Court of the State of Arizona in and for the County of Pima, entitled *Anthony Holler vs. Corizon Health, Inc., et al.* Case No. C20162699.

I verify under oath that the foregoing is true and correct.

Executed this 28th day of October, 2016.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By *Rebecca Stanton*
Rebecca E. Stanton
*Attorneys for Defendants*