# EXHIBIT A

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
6/10/2016 10:50:53 AM
BY: ALAN WALKER
DEPUTY

Case No. C20162699
HON. CATHERINE M WOODS

**The Redhair Law Group, P.C.**
7440 N. Oracle Road Casita 3
Tucson, Arizona 85704
Phone (520) 790-1400
Fax (520) 858-0240
Michael S. Redhair, Esq.
SBN 018578
Mike@redhairlaw.com
*Attorneys for the Plaintiff*

### SUPERIOR COURT FOR STATE OF ARIZONA

### IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| ANTHONY HOLLER, a married man, | ) |
| Plaintiff, | ) |
| | ) No. |
| v. | ) |
| | ) **COMPLAINT** |
| CORIZON HEALTH, INC.; STATE OF ARIZONA, a body politic; JOHN DOES 1-5; JANE DOES 1-5; ABC CORPORATIONS I-X; and ZYX PARTNERSHIPS 1-5; SOLE PROPRIETORSHIPS 1-5, | ) **Tort/Medical Malpractice** |
| | ) Assigned to: |
| Defendants. | ) |

COMES NOW, the Plaintiff, by and through his attorneys, Healy & Studwell Law Firm, P.C. and Redhair Law Group, P.C., and for his Complaint against the Defendants, states, alleges and complains as follows:

1. Plaintiff Anthony Holler is a single man currently residing in Pima County, Arizona while in the custody of the Arizona Department of Corrections.

2. Defendant Corizon Health, Inc. (hereinafter CORIZON), a private foreign corporation contracted with the State of Arizona to provide medical care to inmates

3. All acts which give rise to this cause of action occurred in Pima County, Arizona.

4. Venue and jurisdiction are proper in Pima County, Arizona.

5. Plaintiff brings this action pursuant to the civil rights laws of the United States, 42 U.S.C. 1981, 1983, 1985, and 1988. This Court has concurrent jurisdiction over the federal claims as well as jurisdiction over the negligence claim that is made. Thus, this Court has jurisdiction of this matter.

I.

FACTUAL BACKGROUND

6. Plaintiff, Anthony Holler, was jailed as an inmate of the Arizona Department of Corrections.

7. That on or about June 13, 2015 Plaintiff presented for medical care and reported that he was having stomach pain for about a day.

8. Thereafter Anthony stomach remained symptomatic with pain and altered elimination. Anthony repeatedly requested help in regard to his stomach issues over the next hours and into June 14, 2015.

9. Anthony was not properly examined during this time and instead simply provided enemas and medication for constipation.

10. On June 14, 2015 Anthony presented again to the Medical Unit and ultimately it was ordered that he be transferred to a nearby hospital.

11. Once at the hospital it was determined that Anthony was a surgical candidate and surgery was performed that day. During the surgery it was confirmed that Anthony had suffered a burst appendix. Anthony remained in the hospital for several days.

12. During this time period Defendant CORIZON was contracted with the State of Arizona to provide medical services to the inmates being held by the State.

13. Defendant State of Arizona has a non-delegable duty to provide reasonable medical care to the inmates in the Arizona Department of Correction.

## II.

## CLAIMS FOR RELIEF

### Count One

### Civil Right Violations, 42 U.S.C. 1983

14. Plaintiff reasserts and realleges each and every paragraph, 1 through 13, above, as though fully asserted herein.

15. Defendants DOE 1 and DOE 2 are state actors for purposes of 42 U.S.C. 1983. Defendant DOE 1 is responsible as the final policymaker for the Arizona Department of Corrections with the respect to policies of Arizona Department of Corrections and Arizona State Prison Complexes. Defendant DOE 2 is responsible as the final policymaker for Corizon Health, Inc. with respect to policies of Wexford Health Sources, Inc. in providing health care to inmates in Arizona

16. As persons responsible for providing and ensuring the welfare of and medical care to Plaintiff Anthony Holler while incarcerated at an Arizona State Prison Complex, DEFENDANTS DOES 1, 2 and 3 owed a non-delegable duty of care to Plaintiff because

3

1  Plaintiff was an incarcerated inmate within the custody of the STATE OF ARIZONA while
2  Corizon was contracted to provide health care to inmates.

   17.   Defendant State of Arizona is responsible for the acts and omissions of Corizon and it employees; and Corizon, is responsible for the acts or omissions of its agents or employees under the doctrine of respondeat superior, including Defendant DOE 2.

   18.   Defendant DOES 1 and 2 knew or should have known that Plaintiff, was not receiving his required medical care and put at great risk and significant pain as a result. However, despite its knowledge of Plaintiff's condition, Defendants DOES 1 and 2 breached their duty of care to Plaintiff by failing to provide reasonable and necessary medical care and treatment within the standard of care. Defendants DOES 1 and 2's failure to provide medical care within the standard of care to Plaintiff despite their knowledge regarding his condition and his requests for help, constituted deliberate indifference to Plaintiff's, chronic, and serious medical needs.

   19.   Plaintiff's severe injuries, which required surgical intervention, and the delayed treatment of his significant injuries caused damages that were the direct and proximate result of unconstitutional policies, or customs of Defendant DOES 1 and 2, including but not limited to the improper medical care provided to inmate Plaintiff Anthony Holler, and the failure to train medical staff regarding the medical care of inmates with orthopedic conditions.

   20.   As a direct and proximate result of Defendants' breach of their duty of care to Plaintiff, Anthony Holler sustained severe and substantial injuries including but not limited to damage to his knee by delaying the surgery, which caused additional damages, including making the surgery more difficult and requiring additional surgical treatment.

21.     That the actions of Defendants DOES 1 and 2 were malicious, oppressive, intentional and willful and wanton; that Defendants DOES 1 and 2 consciously pursued a course of conduct knowing that it created a substantial risk of significant harm to others; that the acts and/or omissions of Defendant were committed with an evil mind such that the Plaintiff is entitled to an award of punitive damages.

WHEREFORE, Plaintiff prays for judgment as follows:

A.   For other general damages, including but not limited to pain and suffering, loss of enjoyment of life;

B.   For special damages, including but not limited to medical expenses;

C.   For lost wages, income, and other economic losses;

D.   For taxable costs and pre- and post-judgment interest to the extent permitted by law;

E.   For exemplary damages to the extent permitted by law;

F.   For attorney's fees and costs pursuant to 42 U.S.C. 1983;

G.   For punitive damages; and

H.   Such other relief as the Court deems just and proper.

**Count Two**

**Negligence**

22.     Plaintiff reasserts and realleges each and every paragraph, 1 through 21, above, as though fully asserted herein.

23.     The State of Arizona and Defendant CORIZON HEALTH, INC. owed a duty of care to Plaintiff, because Plaintiff was an incarcerated inmate within the custody of the STATE OF ARIZONA.

24. While CORIZON was contracted to provide healthcare to the inmates, Defendants knew or should have known that Plaintiff had a significant medical condition involving his right knee and needed additional imaging studies and to be treated by appropriate specialists. However, despite its knowledge of Plaintiff's condition, Defendants breached their duty of care to Plaintiff by failing to provide reasonable and necessary medical care and treatment within the standard of care.

25. As a direct and proximate result of Defendants' breach of their duty of care to Plaintiff sustained severe and substantial injuries including but not limited to enduring significant abdominal pain for hours, delayed surgical intervention, and continued abdominal problems and recovery and poorer future prognosis than Plaintiff would have faced had the surgery occurred within a reasonable time, as well having to endure a lengthy time in considerable pain, suffering and discomfort while awaiting treatment, potential future medical care, discomfort, anxiety, annoyance, inconvenience, embarrassment, and great mental suffering.

WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

A. For other general compensatory damages in an amount that is yet to be ascertained;

B. For future medical expenses, and other economic losses, in an amount that is yet to be ascertained;

C. For taxable costs and pre- and post-judgment interest to the extent permitted by law, in an amount that is yet to be ascertained;

D. Such other relief as the Court deems just and proper in the premises.

6

DATED this 10th day of June, 2016.

**HEALY & STUDWELL LAW FIRM, P.C.**


/S/ James R. Studwell
James R. Studwell
Attorneys for Plaintiff


**REDHAIR LAW GROUP, INC.**


/S/ Michael Redhair
Mike Redhair
Attorneys for Plaintiff

Person/Attorney Filing: Mike S Redhair
Mailing Address: 7440 N Oracle Rd., #3
City, State, Zip Code: Tucson, AZ 85704
Phone Number: (520) 622-0433
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 018578, Issuing State: AZ
Attorney E-Mail Address: Mike@redhairlaw.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF PIMA

Anthony Holler
Plaintiff(s),

V.

Corizon Health, Inc, et al.
Defendant(s).

Case No. C20162699

**SUMMONS**

HON. CATHERINE M WOODS

To: Corizon Health, Inc

WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other related court paperwork has been served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Office of the Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through AZTurboCourt at www.azturbocourt.gov. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If the papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS, not counting the day of service.

Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of Pima          *June 10, 2016*

*Toni L. Hellon*
Clerk of the Superior Court
By: *Alan Walker*
        Deputy Clerk


AZTurboCourt.gov Form Set #1825506

1

02/18/2010 CAC

Person/Attorney Filing: Mike S Redhair
Mailing Address: 7440 N Oracle Rd., #3
City, State, Zip Code: Tucson, AZ 85704
Phone Number: (520) 622-0433
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 018578, Issuing State: AZ
Attorney E-Mail Address: Mike@redhairlaw.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Anthony Holler
Plaintiff(s),

V.

Corizon Health, Inc, et al.
Defendant(s).

Case No. C20162699

**SUMMONS**

HON. CATHERINE M WOODS

To: State of Arizona

WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1.   A lawsuit has been filed against you. A copy of the lawsuit and other related court paperwork has been served on you with this Summons.

2.   If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Office of the Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through AZTurboCourt at www.azturbocourt.gov.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.   If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If the papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS, not counting the day of service.

Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of Pima                *June 10, 2016*

*Toni L. Hellon*
Clerk of the Superior Court
By: *Alan Walker*
        Deputy Clerk

AZturboCourt.gov Form Set #1829506

02/18/2010 CAC

1

Person/Attorney Filing: Mike S Redhair
Mailing Address: 7440 N Oracle Rd., #3
City, State, Zip Code: Tucson, AZ 85704
Phone Number: (520) 622-0433
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 018578, Issuing State: AZ
Attorney E-Mail Address: Mike@redhairlaw.com

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
6/10/2016 10:50:53 AM
BY: ALAN WALKER
DEPUTY

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Case No. C20162699

Anthony Holler
Plaintiff(s),

V.

Corizon Health, Inc, et al.
Defendant(s).

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Pima County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this *June 10, 2016*

BY: *Mike S Redhair /s/*

Plaintiff/Attorney for Plaintiff

AZTurboCourt.gov Form Set #1829506

5/13/2010 v.1

**The Redhair Law Group, P.C.**
7440 N. Oracle Road Casita 3
Tucson, Arizona 85704
Phone (520) 790-1400
Fax (520) 858-0240
Michael S. Redhair, Esq.
SBN 018578
Mike@redhairlaw.com
*Attorneys for the Plaintiff*

### SUPERIOR COURT FOR STATE OF ARIZONA

### IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| ANTHONY HOLLER, a married man, | |
| Plaintiff, | No. |
| v. | |
| CORIZON HEALTH, INC.; STATE OF ARIZONA, a body politic; JOHN DOES 1-5; JANE DOES 1-5; ABC CORPORATIONS I-X; and ZYX PARTNERSHIPS 1-5; SOLE PROPRIETORSHIPS 1-5, | **Certification Re: Experts Pursuant To** A.R.S. §12-2603 |
| Defendants. | **Tort/Medical Malpractice** |
| | Assigned to: |

Plaintiff Anthony Holler hereby certifies that expert opinion testimony is necessary to establish standard of care in this matter, and Plaintiff reserves the right to identify and use

//

//

//

standard of care and other experts in accordance with the disclosure rules.

DATED this 10th day of June, 2016.

                                     **REDHAIR LAW GROUP, P.C.**

                                     /S/ Michael Redhair
                                     Michael Redhair
                                     Attorneys for Plaintiff

DATED this 10th day of June, 2016.

                                     **HEALY & STUDWELL LAW FIRM, P.C.**

                                     /S/James Studwell
                                     Michael Redhair
                                     Attorneys for Plaintiff

**The Redhair Law Group, P.C.**
7440 N. Oracle Road Casita 3
Tucson, Arizona 85704
Phone (520) 790-1400
Fax (520) 858-0240
Michael S. Redhair, Esq.
SBN 018578
Mike@redhairlaw.com
*Attorneys for the Plaintiff*

**SUPERIOR COURT FOR STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF PIMA**

| | |
|---|---|
| ANTHONY HOLLER, a married man,<br><br>Plaintiff,<br><br>v.<br><br>CORIZON HEALTH, INC.; STATE OF ARIZONA, a body politic; JOHN DOES 1-5; JANE DOES 1-5; ABC CORPORATIONS I-X; and ZYX PARTNERSHIPS 1-5; SOLE PROPRIETORSHIPS 1-5,<br><br>Defendants. | No.<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>**Tort/Medical Malpractice**<br><br>Assigned to: |

Plaintiff by and through his attorneys, hereby provides notice that the firms of Healy & Studwell Law Firm, P.C. and Redhair Law Group, P.C. have associated on this case.

//

//

//

//

Furthermore, all materials may be sent to the above address and only one copy of any pleading, order or correspondence should be provided to that address.

DATED this 10th day of June, 2016.

                                          **HEALY & STUDWELL LAW FIRM, P.C.**

                                          /s/James R. Studwell
                                          James R. Studwell
                                          Attorneys for Plaintiff

DATED this 10th day of June, 2016.

                                          **REDHAIR LAW GROUP, P.C.**

                                          /s/Michael Redhair
                                          Michael Redhair
                                          Attorneys for Plaintiff