1

2

3

4

5

6

7                                   IN THE UNITED STATES DISTRICT COURT

8                                       FOR THE DISTRICT OF ARIZONA

9

10

11   Anthony Holler,                          )

         Plaintiff,                           )

12                                            )          No. CIV 16-702-TUC-CKJ

     vs.                                      )

13                                            )                **ORDER**

     Corizon Health, Inc., et al.,            )

14                                            )

         Defendants.                          )

15   _____)

16          The Court has reviewed and considered the Stipulation to Dismiss Federal Claims

17   with Prejudice and for Remand to Pima County Superior Court (Doc. 8).

18          Accordingly, IT IS ORDERED:

19          1.      The Stipulation to Dismiss Federal Claims with Prejudice and for Remand to

20   Pima County Superior Court (Doc. 8) is ADOPTED.

21          2.      Count One of Plaintiff's Complaint, alleging a Violation of Civil Rights under

22   42 U.S.C. § 1983 is DISMISSED WITH PREJUDICE, with each party to bear its own costs

23   and fees.

24          3.      This matter, with its remaining state law claim against all parties, is

25   REMANDED to the Pima County Superior Court (Cause # C20162699) for further

26   proceedings pursuant to 28 U.S.C. § 1447.

27          4.      The Clerk of Court shall mail a certified copy of this Order to the Clerk of the

28   Pima County Superior Court.

1          5.    The Clerk of Court shall enter judgment and shall then close its file in this

2    matter.

3          DATED this 9th day of February, 2017.

4

5

6    _____
     Cindy K. Jorgenson
7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28